# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
**Trustee**  Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**      Memphis, TN  38101-1918
**Assoc. Attorney**

May 23, 2011

**FILED**    **RECEIVED**

Bankruptcy Court
Alexander Pirnie Federal Building    MAY 2 4 2011    MAY 2 4 2011
10 Broad Street. Room 230
Utica, New York 13501    OFFICE OF THE BANKRUPTCY CLERK    OFFICE OF THE BANKRUPTCY CLERK
    UTICA, NY    UTICA, NY

Re:    07-60828    Jason & Jane Cool

To Whom It May Concern:

received 5/24/11

Enclosed please find check #922663 in the amount of $99.32. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.    9

Account#    62696273

Creditor    Homeq Servicing
    701 Corporate Ctr Drive, Suite 3000-NC4745
    Raleigh, NC 27607

ce/100271

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli